## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HENRY & SUSAN F. SAMUELI | ) | |
| | ) | |
| Plaintiffs, | ) | No. 23-1444 T |
| | ) | Judge Matthew H. Solomson |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |

### NOTICE OF APPEARANCE

To the Clerk:

    Please enter the appearance of Jason S. Selmont as attorney of record for the United States.  Service of all papers by opposing parties should be addressed as follows:

    Jason S. Selmont, Esquire
    U.S. Department of Justice
    Tax Division, Court of Federal Claims Section
    Post Office Box 26, Ben Franklin Station
    Washington, D.C. 20044
    Voice: (202) 616-3338
    Fax:    (202) 514-9440
    Jason.S.Selmont@usdoj.gov

Dated:  September 5, 2023

    */s/ Jason S. Selmont*
    Jason S. Selmont
    Attorney of Record
    U.S. Department of Justice
    Tax Division
    Court of Federal Claims Section
    Voice: (202) 616-3338
    Fax:    (202) 514-9440
    Jason.S.Selmont@usdoj.gov